UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,   :  **NOTICE OF MOTION**

   - v -     :  18 Cr. 451 (AT)

**RASHEEN EVANS,**     :

      Defendant.  :

----------------------------------X

   **PLEASE TAKE NOTICE** that upon the annexed declaration of defendant Rasheen Evans and the accompanying Memorandum of Law, the undersigned will mov this Court, before the Honorable Analisa Torres, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, at a time to be designated by the Court, for an order, pursuant to Rules 12 and 41 of the Federal Rules of Criminal Procedure, suppressing physical evidence from the defendant seized in violation of the Fourth Amendment, or granting an evidentiary hearing on this motion, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
    August 22, 2018

          Respectfully submitted,

          **DAVID E. PATTON, ESQ.**
          Federal Defenders of New York, Inc.

     By: *Philip L. Weinstein*
          **PHILIP L. WEINSTEIN, ESQ.**
          Attorney for Defendant
          **RASHEEN EVANS**
          52 Duane Street, 10th Floor
          New York, New York 10007
          Tel.: (212) 417-8742

TO: **GEOFFREY S. BERMAN, ESQ.**
United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Attn.: **DOMINIC GENTILE, ESQ.**
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,            :     **D E C L A R A T I O N**

     - v -                             :     **18 Cr. 451 (AT)**

**RASHEEN EVANS,**                           :

              Defendant.     :

----------------------------------X

I, Rasheen Evans, hereby declare under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.   I am the defendant in this case, and I make this statement in support of a motion to suppress the evidence seized by law enforcement officers from my person.  Because this statement is being made for a limited purpose, I do not set forth every detail of what happened.

2.   At about 8:30 p.m. on April 30, 2018, I was leaving a store at 366 East 188 Street, where I had purchased a pack of cigarettes.

3.   I was walking to my building across the street from the store. My behavior was similar to that of the many other people, who were walking on 188th Street.

4.   I was wearing a hoodie and a heavy jacket. In my right pocket was a small pistol. It was not visible by looking at me.

5.   A few second after I left the store I noticed a car slowly "rolling up" on me. The car was unmarked with the two men inside who were wearing civilian clothes.

6.   I saw one of the men looking at me and start to get out of the car.

7.   I feared the men were about to "jump" me *or it might be a drive-by shooting* so I ran towards my building.

8.   The two men from the car, who I subsequently learned were police officers, ran after me.

9.   As I was entering my building, one of the men tackled me and removed a small firearm from my pocket.

10.   Since I was not acting in a suspicious manner and the shape of the firearm in my coat pocket was not visible, the police officers who chased and tackled me, violated my Fourth Amendment and due process rights.

**WHEREFORE,** the firearm taken from my coat pocket should be suppressed.

Dated:   New York, New York
         August 16, 2018

**RASHEEN EVANS**